UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN GRESCHNER, | ) | 1:07-cv-01328-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 4) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| KEN CLARK, Warden, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On November 8, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court be directed to enter judgment. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On November 19, 2007, Petitioner filed objections to the Findings and Recommendation.

//

/

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendation are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.   The Findings and Recommendation, filed November 8, 2007,
10        are ADOPTED IN FULL;
11   2.   The instant Petition for Writ of Habeas Corpus is
12        DISMISSED;
13   3.   The Clerk of Court enter judgment; and,
14   4.   The Court declines to issue a certificate of
15        appealability. Slack v. McDaniel, 529 U.S. 473, 484
16        (2000). The Court finds that Petitioner has failed to make
17        an adequate showing.  The Court finds that jurists of
18        reason would not find it debatable whether the petition
19        was properly dismissed for failure to state a cognizable
20        claim under § 2241, as Petitioner is challenging the
21        constitutionality of his federal conviction and/or
22        sentence. (See Porter v. Adams, 244 F.3d 1006, 1007 (9th
23        Cir. 2001)(COA required if petition is a successive
24        section 2255 petition disguised as a section 2241
25        petition).
26
27 IT IS SO ORDERED.
28 **Dated:   January 25, 2008            /s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE